IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| BIRAN HEATH HARRISON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:16cv46-MHT |
| | ) | (WO) |
| ROBERT BENTLEY, as Chief | ) | |
| in Commander of Alabama, | ) | |
| and JEFFERSON DUNN, as | ) | |
| Commissioner of the | ) | |
| Alabama Department of | ) | |
| Corrections, | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

Upon consideration of the plaintiff's motion to dismiss without prejudice (doc. no. 17), it is ORDERED that:

(1) The motion to dismiss is granted.

(2) This lawsuit is dismissed in its entirety without prejudice, with no costs taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 7th day of June, 2016.

                                  /s/ Myron H. Thompson
                                 **UNITED STATES DISTRICT JUDGE**